DISABLED AMERICAN VETERANS, American Veterans of WWII, Korea and Vietnam, Blinded Veterans Association, Military Order of the Purple Heart of the U.S.A., Inc., Veterans of Foreign Wars of the United States, and Vietnam Veterans of America, Inc., Petitioners,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent.

No. 01–7024.

United States Court of Appeals, Federal Circuit.

March 14, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).